01

02

03

04

05

06                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  ABRAHAM PORTNOV,                        )
                                            )    CASE NO. C13-2045-RSM
09          Plaintiff,                      )
                                            )
10          v.                              )    ORDER DENYING IN FORMA
                                            )    PAUPERIS REQUEST
11  CARNIVAL CORP.,                         )
                                            )
12          Defendant.                      )
    _____    )

13

14          The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* (IFP),

15  the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge,

16  Plaintiff's Objections, and the remaining record, does hereby find and ORDER:

17          (1)     The Court adopts the Report and Recommendation;

18          (2)     Plaintiff's IFP application is DENIED based on his receipt of a monthly pension

19  and the amount of cash at his disposal.   Plaintiff is directed to pay the full filing fee of $400

20  within **thirty (30) days** of the date of signature below.   If the filing fee is not paid, this case

21  will be dismissed;

22          (3)     The Clerk shall file the complaint only on receipt of the filing fee.   If no filing

    ORDER DENYING IN
    FORMA PAUPERIS REQUEST
    PAGE -1

01 | fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file;

02 | and

03 | (4) The Clerk is directed to send copies of this Order to plaintiff and to the

04 | Honorable Mary Alice Theiler.

05 | DATED this 28 day of January 2014.

06

07

08 | RICARDO S. MARTINEZ

09 | UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE -2